**ORIGINAL**

FILED IN OPEN COURT
U.S.D.C. - Atlanta

DEC 07 2022

KEVIN P. WEIMER, Clerk
By: *[signature]* Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AHAMEFULE ASO ODUS; and<br>UCHECHI ODUS | **SECOND SUPERSEDING<br>INDICTMENT**<br>1:18-CR-492-WMR-CCB |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
### Money Laundering Conspiracy
### 18 U.S.C. § 1956(h)

1.  From in or about February 2017 through in or about September 2018, in the Northern District of Georgia and elsewhere, the Defendants, **Ahamefule Aso Odus and Uchechi Odus,** knowingly combined, conspired, and agreed with each other and with others to commit the following offenses against the United States:

    a.  concealment money laundering, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), by knowingly conducting and attempting to conduct a financial transaction affecting interstate and foreign commerce, which involved the proceeds of specified unlawful activity, that is, wire fraud, knowing that the transaction was designed in whole or in part to conceal and disguise the nature,

    location, source, ownership, and control of the proceeds of specified unlawful activity, and knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity; and

  b. transactional money laundering, in violation of Title 18, United States Code, Section 1957, by knowingly engaging in and attempting to engage in a monetary transaction involving criminally derived property of a value greater than $10,000, which property was in fact derived from specified unlawful activity, that is, wire fraud.

2. A business email compromise is a type of computer intrusion that occurs when an employee of a company is tricked into interacting with an email message that appears to be, but is not, legitimate.

3. The Defendants and their conspirators, including Benjamin Oye, Paul Anyanwu, Egale Woods, Jr., Oluwafunmilade Onamuti, Christopher Awonuga, John Onimole, and Chinedu Nwakudu, served as money launderers for other conspirators who conducted business email compromise schemes and other fraud schemes throughout the United States.

4. The Defendants and their conspirators created sham companies and registered them with the Georgia Secretary of State. Those companies did

not have a physical place of doing business, did not earn legitimate income, and did not pay wages to employees.

5. The Defendants and the other conspirators opened bank accounts in the names of their sham companies to receive and distribute proceeds of wire fraud schemes.

6. Upon receipt of the fraud proceeds, the Defendants and their conspirators quickly converted the money to their own use, and to the use of their criminal associates, through wire transfers, over-the-counter cash withdrawals, and the purchase of cashier's checks, which included monetary transactions over $10,000 and financial transactions that were designed to conceal and disguise the nature, location, source, ownership, and control of the fraud proceeds.

All in violation of Title 18, United States Code, Section 1956(h).

## COUNT TWO
## Concealment Money Laundering
## 18 U.S.C. § 1956(a)(1)(B)(i)

7. The facts alleged in paragraphs 2 through 6 are incorporated here.

8. On or about April 23, 2018, as a result of a business email compromise scheme, victim R.S.U., an Austrian company that had an office in the Northern District of Georgia, wire transferred $57,000 to SunTrust Bank account #5454, which was controlled by conspirator Paul Anyanwu.

9. Defendant Ahamefule Aso Odus caused and directed conspirator Paul Anyanwu to send fraud proceeds stolen from R.S.U. to Lizben Trucking LLC, a sham company controlled by conspirator Oye and Defendant Ahamefule Aso Odus.

10. On or about April 23, 2018, in the Northern District of Georgia, **Defendant Ahamefule Aso Odus**, aided and abetted by conspirators Paul Anyanwu and Benjamin Oye, knowingly conducted, attempted to conduct, and caused to be conducted the financial transaction described below, which affected interstate and foreign commerce and which involved the proceeds of specified unlawful activity, that is, wire fraud, knowing that the transaction was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity:

| Count | Financial Transaction |
|---|---|
| 2 | $35,000 wire transfer from SunTrust account #5454 in the name of Paul Anyanwu to Fifth Third Bank account #9347 in the name of Lizben Trucking LLC |

All in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i) and Section 2.

## COUNTS THREE THROUGH SIX
## Money Laundering
## 18 U.S.C. § 1957

11. The facts alleged in paragraphs 2 through 6 are incorporated here.

12. On or about January 17, 2018, as a result of a business email compromise scheme, victim O.P.L., a company located in Kansas, sent an Automated Clearing House (ACH) transfer in the amount of $78,190.35 to JPMorgan Chase account #7511 in the name of Lizben Trucking LLC, which was controlled by conspirator Oye and Defendant Ahamefule Aso Odus.

13. On or about January 18, 2018, conspirator Oye then wire transferred $75,000 of the fraud proceeds stolen from O.P.L. to a different account in the name of Lizben Trucking LLC, namely, SunTrust Bank account #3250.

14. At the direction of Defendant Ahamefule Aso Odus, conspirator Oye then used fraud proceeds in SunTrust Bank account #3250 to purchase a $35,000 cashier's check payable to Kwame Martins.

15. The next day, on or about January 19, 2018, conspirator Oye and Defendant Ahamefule Aso Odus went to a SunTrust Bank branch in the Northern District of Georgia and conducted two separate cash withdrawals from account #3250, one in the amount of $20,000 and the other in the amount of $11,000. Defendant Ahamefule Aso Odus then deposited the $11,000 into his personal account, SunTrust Bank account #5600.

16. On or about the dates listed below, in the Northern District of Georgia, **Defendant Ahamefule Aso Odus**, aided and abetted by conspirator Oye, knowingly engaged in and attempted to engage in the following monetary transaction involving criminally derived property of a value greater than $10,000, which property was in fact derived from specified unlawful activity, that is, wire fraud:

| Count | Date | Monetary Transaction |
|---|---|---|
| 3 | 1/18/2018 | purchase of $35,000 cashier's check payable to Kwame Martins |
| 4 | 1/19/2018 | $11,000 cash withdrawal from SunTrust account #3250 |
| 5 | 1/19/2018 | $20,000 cash withdrawal from SunTrust account #3250 |
| 6 | 1/19/2018 | $11,000 cash deposit into SunTrust account #5600 |

All in violation of Title 18, United States Code, Section 1957 and Section 2.

### COUNTS SEVEN AND EIGHT
**Money Laundering**
**18 U.S.C. § 1956(a)(1)(B)(i)**

17. The facts alleged in paragraphs 2 through 6 are incorporated here.

18. On or about October 7, 2016, Defendant Ahamefule Aso Odus and conspirator Matthan Ibidapo registered with the Georgia Secretary of State a sham company called Black Diamond Investments Group, LLC.

19. On or about July 20, 2017, conspirator Benjamin Oye registered with the Georgia Secretary of State a sham company called Lizben Trucking, LLC.

20. On or about January 22, 2018, Defendant Ahamefule Aso Odus and conspirator Oye opened and caused to be opened a Fifth Third Bank account in the name of Lizben Trucking, LLC (account #9347).

21. On or about March 15, 2018, as a result of a business email compromise scheme, victim G.2.A., a company operating in California, wire transferred $25,900 to Bank of America account #2181, held in the name of Black Diamond Investments Group, LLC, which was controlled by Defendant Ahamefule Aso Odus and conspirator Ibidapo.

22. That same day, using wire fraud proceeds stolen from victim G.2.A., conspirators Ibidapo and Oye wire transferred $22,500 to Lizben Trucking's account at Fifth Third Bank (account #9347), which was controlled by Defendant Ahamefule Aso Odus and conspirator Oye.

23. The following day, on or about March 16, 2018, conspirator Oye withdrew $15,500 from Lizben Trucking's account at Fifth Third Bank (account #9347).

24. On or about the dates listed below, in the Northern District of Georgia and elsewhere, **Defendant Ahamefule Aso Odus**, aided and abetted by conspirators Matthan Ibidapo and Benjamin Oye, knowingly conducted and attempted to conduct a financial transaction affecting interstate and

foreign commerce, which involved the proceeds of a specified unlawful activity, that is wire fraud, in violation of Title 18, United States Code, Section 1343, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and knowing while conducting and attempting to conduct the financial transaction that the property involved in the financial transaction represented the proceeds of some form of unlawful activity:

| Count | Date | Monetary Transaction |
|---|---|---|
| 7 | 3/15/2018 | $22,500 wire transfer from Bank of America account #2181 in the name of Black Diamond Investments Group LLC to Fifth Third Bank account #9347 in the name of Lizben Trucking LLC |
| 8 | 3/16/2018 | $15,500 cash withdrawal from Fifth Third Bank account #9347 in the name of Lizben Trucking LLC |

All in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i) and Section 2.

### COUNTS NINE AND TEN
### MONEY LAUNDERING
### 18 U.S.C. § 1957

25. The facts alleged in paragraphs 2 through 6 and 18 through 23 are incorporated here.

Page 8 of 14

26. On or about the dates listed below, in the Northern District of Georgia and elsewhere, **Defendant Ahamefule Aso Odus**, aided and abetted by conspirators Matthan Ibidapo and Benjamin Oye, knowingly engaged in and attempted to engage in the following monetary transactions affecting interstate and foreign commerce, by, through, and to a financial institution, knowing that such transactions involved criminally derived property of a value greater than $10,000, such property having been derived from a specified unlawful activity, that is, wire fraud, in violation of Title 18, United States Code, Section 1343, and bank fraud, in violation of Title 18, United States Code, Section 1344:

| Count | Date | Monetary Transaction |
| --- | --- | --- |
| 9 | 3/15/2018 | $22,500 wire transfer from Bank of America account #2181 in the name of Black Diamond Investments Group LLC to Fifth Third Bank account #9347 in the name of Lizben Trucking LLC |
| 10 | 3/16/2018 | $15,500 cash withdrawal from Fifth Third Bank account #9347 in the name of Lizben Trucking LLC |

All in violation of Title 18, United States Code, Section 1957 and Section 2.

## COUNTS ELEVEN
## MONEY LAUNDERING
## 18 U.S.C. § 1957

27. The facts alleged in paragraphs 2 through 6 are incorporated here.

28. On or about July 26, 2018, as a result of a business email compromise scheme, victim B.C.L., a company located in California, wire transferred $46,450.85 to SunTrust Bank account #3109, which was controlled by conspirator Chinedu Nwakudu.

29. Defendant Ahamefule Aso Odus caused and directed conspirator Chinedu Nwakudu to use fraud proceeds stolen from victim B.C.L. to purchase cashier's checks payable to Defendant Uchechi Odus and conspirator John Onimole.

30. On or about July 27, 2018, in the Northern District of Georgia, **Defendants Ahamefule Aso Odus and Uchechi Odus,** aided and abetted by conspirator Chinedu Nwakudu, knowingly engaged in and attempted to engage in the following monetary transaction involving criminally derived property of a value greater than $10,000, which property was in fact derived from specified unlawful activity, that is, wire fraud:

| Count | Monetary Transaction |
|---|---|
| 11 | purchase of $20,450 cashier's check payable to Uchechi Odus |

All in violation of Title 18, United States Code, Section 1957 and Section 2.

## COUNT TWELVE
## Money Laundering
## 18 U.S.C. § 1957

31. The facts alleged in paragraphs 2 through 6, 28, and 29 are incorporated here.

32. On or about July 27, 2018, in the Northern District of Georgia, **Defendant Ahamefule Aso Odus**, aided and abetted by conspirators Chinedu Nwakudu and John Onimole, knowingly engaged in and attempted to engage in the following monetary transaction involving criminally derived property of a value greater than $10,000, which property was in fact derived from specified unlawful activity, that is, wire fraud:

| Count | Monetary Transaction |
|---|---|
| 12 | purchase of $22,230 cashier's check payable to John Onimole |

All in violation of Title 18, United States Code, Section 1957 and Section 2.

## COUNTS THIRTEEN AND FOURTEEN
## Money Laundering
## 18 U.S.C. § 1957

33. The facts alleged in paragraphs 2 through 6 are incorporated here.

34. On or about August 2, 2018, as a result of a business email compromise scheme, victim B.F.E., a company located in Texas, sent wire transfers for $75,675 and $1,520 to SunTrust Bank account #3109, which was controlled by conspirator Chinedu Nwakudu.

35. Defendant Ahamefule Aso Odus caused and directed conspirator Chinedu Nwakudu to use fraud proceeds stolen from victim B.F.E. to purchase cashier's checks payable to other conspirators.

36. On or about August 3, 2018, in the Northern District of Georgia, **Defendant Ahamefule Aso Odus**, aided and abetted by conspirators Benjamin Oye and Chinedu Nwakudu, knowingly engaged in and attempted to engage in the following monetary transactions involving criminally derived property of a value greater than $10,000, which property was in fact derived from specified unlawful activity, that is, wire fraud:

| Count | Monetary Transaction |
|---|---|
| 13 | purchase of $36,000 cashier's check payable to Benjamin Oye |
| 14 | purchase of $37,500 cashier's check payable to "Mathew Kelvin," an alias used by conspirator Oluwafunmilade Onamuti |

All in violation of Title 18, United States Code, Section 1957 and Section 2.

FORFEITURE PROVISION

37. Upon conviction of one or more of the offenses alleged in this Second Superseding Indictment, **Defendants, Ahamefule Aso Odus and Uchechi Odus** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offense, and any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

   a. MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offenses alleged in Second Superseding Indictment;

   b. 2013 Audi A7, VIN: WAUYGAFC6DN030616; and

   c. $73,896.00 in United States Currency seized on or about December 19, 2018 from the residence of Defendant Ahamefule Aso Odus.

38. If any of the above-described forfeitable property, as a result of any act or omission of the Defendant(s),

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said Defendant up to the value of the forfeitable property described above.

A \_\_\_True\_\_\_ BILL

_____
FOREPERSON

RYAN K. BUCHANAN
*United States Attorney*

KELLY K. CONNORS
*Assistant United States Attorney*
Georgia Bar No. 504787

John RUSSELL PHILLIPS
*Assistant United States Attorney*
Georgia Bar No. 576335

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
(404) 581-6000