<u>Notice</u>                                                  1:18-CR-00492-WMR-CCB

i am requiring to reschedule this upcoming hearing, Monday, Feb 12th, 2024, to any day open after Feb 18, 2024;

i am still preparing the materials i need to properly handle this matter; there been alot of changes in such short notice. Thank you for your patience;

i say now, i swear under penalty of perjury, all herein be true and will verify in open court;

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 1 4 2024

KEVIN P. WEIMER, Clerk
By: ~~Contrayland~~ Clerk

*Ahamefule Aso Odus Jr.*
Ahamefule Aso Odus Jr., sovereign

February 9, 2024

<u>Notice of Submission</u>   1:18-cr-00492-WMR-CCB

i say now, i have served the following notice to reschedule upon Kevin P. Weimer, U.S.D.C., Clerk of Court, at 75 Ted Turner Dr. N.W #2211, Atlanta, GA 30303.

To be served upon

- magistrate
- prosecutors
- address

600 U.S Courthouse     ← District Court
75 Ted Turner Dr. S.W     of Northern GA.
Atlanta, GA 30303

*Ahamefule Aso Odus*
Ahamefule Aso Odus Jr.
sovereign

Feb 9. 2024

Ahamefule Odus Jr.
11866 Hastings Bridge Rd
Lovejoy, GA
30250



District Court of Northern Georgia
75 Ted Turner Dr. N.W #2211
Atlanta, GA
30303

Robert A. Deyton
Correctional Facility